GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
Lisa Daisy Saraspi

The following constitutes
the order of the court. Signed October 14, 2016

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

In re

**LISA DAISY SARASPI,**

    Debtor.

Case No. **16−42642-RLE-13**

Chapter 13

**ORDER ON *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON DEBTOR'S MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY**

Good cause appearing, it is ordered that the Debtor's MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY will be heard on October 19, 2016, at 01:30 p.m., at the above-captioned location.

This Order Shortening Time for Hearing shall be served upon all affected parties by Electronic Case Filing, fax, e-mail, or overnight service by no later than 5:00 p.m., October 14, 2016.

*** END OF ORDER ***

- 1 -

ORDER ON EX PARTE APPLICATION FOR OST

CASE # 16−42642-RLE-13

*NONE

- 1 -