VINOD NICHANI – SB#277607
NICHANI LAW FIRM
1250 Oakmead Pkwy., #210
Sunnyvale, California 94085
Phone: 408-800-6174
Fax: 408-290-9802

Attorney for Debtor in Possession
LISA DAISY R. SARASPI

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>LISA DAISY R. SARASPI<br><br>      Debtor in Possession, | Case No.: 16-42642<br><br>CHAPTER 11<br><br><u>Continued Hearing</u><br>Date: July 25, 2017<br>Time: 1:30 pm<br>Loc.: 1300 Clay Street, Ctrm 201<br>      Oakland, California 94612 |

## **DEBTOR'S CHAPTER 11 STATUS CONFERENCE STATEMENT**

Lisa Daisy R. Saraspi, the debtor in possession in the above-captioned Chapter 11 case (the "Debtor"), hereby submits her Chapter 11 Status Conference Statement in advance of the continued status conference, scheduled for July 25, 2017.

**A. The Debtors' Bankruptcy Filing and Objective**

    **a.** On September 21, 2016 (the "Petition Date"), the Debtor in Possession (the "Debtor") filed a voluntary petition for relief under Chapter 13 of Title 11 of the Bankruptcy Code.

    **b.** Counsel for the debtor in possession substituted into debtor's Chapter 13 case as counsel on October 29, 2016.

1

DEBTOR'S CHAPTER 11 STATUS CONFERENCE STATEMENT

c. On or about November 9, 2016, Debtor's case was ordered converted to Chapter 11.

d. The Debtor continues to manage its affairs as a Debtor-in-Possession pursuant to sections 1107(a) of the Bankruptcy Code.

e. Debtor's primary residence is located at 6 Shannon Circle, Alameda, California (hereinafter "Subject Property.") The purpose of the bankruptcy filing was to prevent the foreclosure of her home by the second lien holder Douglas G. Sykes (hereinafter "Creditor").

f. The debtor was unable to retain the Subject Property.

g. Debtor has filed its Motion to Dismiss, scheduled for hearing on August 16, 2017.

h. Counsel for Debtor anticipates filing its Application for Compensation prior to said Dismissal hearing.

Date: July 17, 2017　　　　　　　　　　　　　　NICHANI LAW FIRM

　　　　　　　　　　　　　　　　　　　　　　　/s/ Vinod Nichani
　　　　　　　　　　　　　　　　　　　　　　　Vinod Nichani,
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor in Possession
　　　　　　　　　　　　　　　　　　　　　　　LISA DAISY R. SARASPI