VINOD NICHANI – SB#277607
NICHANI LAW FIRM
1250 Oakmead Pkwy., #210
Sunnyvale, California 94085
Phone: 408-800-6174
Fax: 408-290-9802

Attorney for Debtor in Possession
LISA DAISY R. SARASPI

The following constitutes
the order of the court. Signed August 3, 2017



Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In Re: | Case No.: 16-42642 |
| | CHAPTER 11 |
| LISA DAISY R. SARASPI | ORDER ON MOTION TO DISMISS CHAPTER 11 CASE |
| Debtor in Possession, | |

Upon reading and consideration of the MOTION TO DISMISS CHAPTER 11 CASE, and FOR GOOD CAUSE, IT IS HEREBY ORDERED that the motion is GRANTED and the above- captioned case is hereby DISMISSED.

IT IS HEREBY FURTHER ORDERED, the Court shall retain jurisdiction through August 31, 2017 to hear counsel for the debtor's fee application.

**END OF ORDER**

1

COURT SERVICE LIST

NONE

2

ORDER ON MOTION TO DISMISS CHAPTER 11 CASE